Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 21−10026−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Fernando L. Sanchez<br>1012 75th Street<br>North Bergen, NJ 07047 | Maribel Alicea<br>1012 75th Street<br>North Bergen, NJ 07047 |

Social Security No.:
   xxx−xx−4120                                         xxx−xx−4368

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on March 12, 2021.

Dated: March 12, 2021
JAN: zlh

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 21-10026-JKS |
| Fernando L. Sanchez | Chapter 13 |
| Maribel Alicea | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Mar 12, 2021 | Form ID: plncf13 | Total Noticed: 38 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++       Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 14, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Fernando L. Sanchez, Maribel Alicea, 1012 75th Street, North Bergen, NJ 07047-4836 |
| 519064947 | + | Amerifinancial Solutio, Po Box 602570, Charlotte, NC 28260-2570 |
| 519064950 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank Of America, Attention: Recovery Department, 4161 Peidmont Pkwy., Greensboro, NC 27410 |
| 519064953 | | Barron Emergency Physicians, PO Box 7418, Philadelphia, PA 19101-7418 |
| 519064959 | + | Envision Physisician Services, 3 Century Drive, Parsippany, NJ 07054-4610 |
| 519064963 | + | George McQuilkin, MD, 129 Washington Street, Hoboken, NJ 07030-4657 |
| 519064964 | + | Hackensack UMC Palisades, PO Box 31015, Newark, NJ 07101-0130 |
| 519064965 | + | Hoboken University Medical Center, 2 Brighton Road, Clifton, NJ 07012-1663 |
| 519064968 | + | Hudson Anesthesiology Services, LLC, PO Box 51020, Newark, NJ 07101-5120 |
| 519064969 | + | Hudson County Superior Court, Brennan Court House, 583 Newark Avenue, Floor 1, Jersey City, NJ 07306-2301 |
| 519064970 | | John A. Youderian, Jr., LLC, P.O. Box 1735, Hockessin, DE 19707-5735 |
| 519064971 | + | Midland Funding LLC, Pressler, Felt, & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 519064972 | + | NJ Medical and Health Associates, DBA Carepoint Medical Group, PO Box 824276, Philadelphia, PA 19182-4276 |
| 519064974 | + | Palisade Medical Center, ATTN: Certified Credit & Collection Bure, PO Box 336, Raritan, NJ 08869-0336 |
| 519064975 | + | Palisades Emergency Consult, ATTN; Michael Harrison Attorney at Law, 3155 State Route 10, Suite 214, Denville, NJ 07834-3430 |
| 519064976 | + | Palisades Medical Center, PO Box 31015, Newark, NJ 07101-0130 |
| 519064977 | + | RAB Inc., PO Box 34111, Memphis, TN 38184-0111 |
| 519064978 | + | RTR Financial Services, Inc., 2 Teleport Drive, Suite 302, Staten Island, NY 10311-1004 |
| 519064981 | + | State Of Nj Highed Ed, 4 Quakerbridge Plaza, Trenton, NJ 08619-1241 |
| 519064987 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Motor Credit Co, Toyota Financial Services, Po Box 8026, Cedar Rapid, IA 52408 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 12 2021 21:21:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 12 2021 21:21:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519064967 | | Email/Text: ebnbankruptcy@ahm.honda.com | Mar 12 2021 21:21:00 | Honda Financial Services, PO Box 166469, Irving, TX 75016 |
| 519064948 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 12 2021 21:20:00 | Ashleystewar, Wfnnb, Po Box 182686, Columbus, OH 43218-2686 |
| 519064949 | + | Email/Text: BANKRUPTCY@ASSETACCEPTANCE.COM | Mar 12 2021 21:20:00 | Asset Acceptance Llc, Po Box 1630, Warren, MI 48090-1630 |
| 519082399 | | Email/PDF: resurgentbknotifications@resurgent.com | | |

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 12, 2021 | Form ID: plncf13 | Total Noticed: 38 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Mar 12 2021 23:17:31 | CACH, LLC, c/o Resurgent Capital Services, PO BOX 10587, Greenville, SC 29603-0587 |
| 519064956 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 12 2021 23:21:14 | Citibank Usa, Citicorp Credit Services/Attn: Centraliz, Po Box 20507, Kansas City, MO 64195 |
| 519064966 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 12 2021 23:17:36 | Home Depot Credit Services, PO Box 6029, The Lakes, NV 88901 |
| 519064954 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 12 2021 23:21:09 | Cach Llc/Square Two Financial, Attention: Bankruptcy, 4340 South Monaco St. 2nd Floor, Denver, CO 80237-3485 |
| 519064955 | + | Email/Text: bankruptcy@certifiedcollection.com | Mar 12 2021 21:20:00 | Certified Credit & Collection Bureau, PO Box 336, Raritan, NJ 08869-0336 |
| 519064957 | + | Email/Text: mediamanagers@clientservices.com | Mar 12 2021 21:19:00 | Client Services, 3451 Harry S Truman Blvd, Saint Charles, MO 63301-9816 |
| 519064961 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 12 2021 23:20:56 | GEMB / HH Gregg, Attention: Bankruptcy, Po Box 103104, Roswell, GA 30076-9104 |
| 519064962 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 12 2021 23:17:17 | Gemb/home Design, Attn: bankruptcy, Po Box 103104, Roswell, GA 30076-9104 |
| 519131778 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 12 2021 21:21:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 519064973 | + | Email/Text: bcwrtoff@cablevision.com | Mar 12 2021 21:22:00 | Optimum, PO Box 371897, Pittsburgh, PA 15250-7897 |
| 519064980 | + | Email/Text: jennifer.chacon@spservicing.com | Mar 12 2021 21:22:00 | SPS, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 519064979 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 12 2021 23:21:14 | Sears/cbna, Po Box 6282, Sioux Falls, SD 57117-6282 |
| 519064988 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 12 2021 21:20:00 | Wfnnb/tsa, Attention: Bankruptcy, Po Box 182685, Columbus, OH 43218-2685 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519064952 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank Of America, Po Box 982235, El Paso, TX 79998 |
| 519064951 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank Of America, Attention: Recovery Department, 4161 Peidmont Pkwy., Greensboro, NC 27410 |
| 519064958 | *+ | Client Services, 3451 Harry S Truman Blvd, Saint Charles, MO 63301-9816 |
| 519064982 | *P++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026, address filed with court:, Toyota Motor Credit Co, Toyota Financial Services, Po Box 8026, Cedar Rapids, IA 52408 |
| 519064983 | *P++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026, address filed with court:, Toyota Motor Credit Co, Toyota Financial Services, Po Box 8026, Cedar Rapids, IA 52408 |
| 519064984 | *P++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026, address filed with court:, Toyota Motor Credit Co, Toyota Financial Services, Po Box 8026, Cedar Rapids, IA 52408 |
| 519064985 | *P++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026, address filed with court:, Toyota Motor Credit Co, Toyota Financial Services, Po Box 8026, Cedar Rapids, IA 52408 |
| 519064986 | *P++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026, address filed with court:, Toyota Motor Credit Co, Toyota Financial Services, Po Box 8026, Cedar Rapids, IA 52408 |
| 519064960 | ##+ | Fein, Such, Kahn & Shepard, 7 Century Drive, Parsippany, NJ 07054-4673 |

TOTAL: 0 Undeliverable, 8 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and

Case 21-10026-JKS    Doc 15    Filed 03/14/21    Entered 03/15/21 01:19:43    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0312-2 | User: admin | Page 3 of 3 |
| --- | --- | --- |
| Date Rcvd: Mar 12, 2021 | Form ID: plncf13 | Total Noticed: 38 |

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 14, 2021                                  Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 12, 2021 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Denise E. Carlon | on behalf of Creditor Mill City Mortgage Loan Trust 2017-3  U.S. Bank National Association as Indenture Trustee dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Russell L. Low | on behalf of Debtor Fernando L. Sanchez ecf@lowbankruptcy.com  ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| Russell L. Low | on behalf of Joint Debtor Maribel Alicea ecf@lowbankruptcy.com  ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5