RUSSELL L LOW ESQ
LOW & LOW ESQS
505 MAIN STREET, SUITE 304
HACKENSACK, NJ  07601


Re:   FERNANDO L. SANCHEZ                                          Atty:   RUSSELL L LOW ESQ
      MARIBEL ALICEA                                                       LOW & LOW ESQS
      1012 75TH STREET                                                     505 MAIN STREET, SUITE 304
      NORTH BERGEN,  NJ  07047                                             HACKENSACK, NJ  07601


# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/14/2022
### Chapter 13 Case # 21-10026

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $9,000.00**

## RECEIPTS AS OF 01/14/2022     (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 01/12/2021 | $150.00 | 7375197000 | 02/03/2021 | $150.00 | 7427623000 |
| 03/02/2021 | $150.00 | 7496329000 | 04/05/2021 | $150.00 | 7573762000 |
| 05/03/2021 | $150.00 | 7643830000 | 06/04/2021 | $150.00 | 7719494000 |
| 08/03/2021 | $150.00 | 7856708000 | 09/02/2021 | $150.00 | 7922724000 |
| 10/04/2021 | $150.00 | 7992336000 | 11/15/2021 | $150.00 | 8079497000 |
| 12/07/2021 | $150.00 | 8133320000 | 01/05/2022 | $150.00 | 8192249000 |

**Total Receipts: $1,800.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $1,800.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/14/2022     (Please Read Across)

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 111.00 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 4,750.00 | 100.00% | 1,546.50 | 3,203.50 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AMERIFINANCIAL SOLUTIO | UNSECURED | 0.00 | * | 0.00 | |
| 0002 | ASHLEYSTEWAR | UNSECURED | 0.00 | * | 0.00 | |
| 0003 | ASSET ACCEPTANCE LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0004 | BANK OF AMERICA | UNSECURED | 0.00 | * | 0.00 | |
| 0005 | BANK OF AMERICA | UNSECURED | 0.00 | * | 0.00 | |
| 0006 | BARRON EMERGENCY PHYSICIANS | UNSECURED | 0.00 | * | 0.00 | |
| 0007 | CACH LLC | UNSECURED | 15,372.00 | * | 0.00 | |
| 0009 | CITIBANK USA | UNSECURED | 0.00 | * | 0.00 | |
| 0013 | GEMB / HH GREGG | UNSECURED | 0.00 | * | 0.00 | |
| 0014 | GEMB/HOME DESIGN | UNSECURED | 0.00 | * | 0.00 | |

**Chapter 13 Case # 21-10026**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0015 | GEORGE MCQUILKIN, MD | UNSECURED | 0.00 | * | 0.00 | |
| 0016 | HACKENSACK UMC PALISADES | UNSECURED | 0.00 | * | 0.00 | |
| 0017 | HOBOKEN UNIVERSITY MEDICAL CENTI | UNSECURED | 0.00 | * | 0.00 | |
| 0018 | HOME DEPOT CREDIT SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0019 | HONDA FINANCIAL SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0020 | HUDSON ANESTHESIOLOGY SERVICES, I | UNSECURED | 0.00 | * | 0.00 | |
| 0023 | MIDLAND FUNDING LLC | UNSECURED | 16,100.61 | * | 0.00 | |
| 0024 | NJ MEDICAL AND HEALTH ASSOCIATES | UNSECURED | 0.00 | * | 0.00 | |
| 0025 | OPTIMUM | UNSECURED | 0.00 | * | 0.00 | |
| 0026 | PALISADES MEDICAL CENTER | UNSECURED | 1,392.85 | * | 0.00 | |
| 0027 | PALISADES EMERGENCY CONSULT | UNSECURED | 0.00 | * | 0.00 | |
| 0028 | PALISADES MEDICAL CENTER | UNSECURED | 0.00 | * | 0.00 | |
| 0031 | SELECT PORTFOLIO SERVICING INC | MORTGAGE ARRE | 1,723.92 | 100.00% | 0.00 | |
| 0032 | SEARS/CBNA | UNSECURED | 0.00 | * | 0.00 | |
| 0033 | STATE OF NJ HIGHED ED | UNSECURED | 0.00 | * | 0.00 | |
| 0034 | TOYOTA MOTOR CREDIT CO | UNSECURED | 0.00 | * | 0.00 | |
| 0035 | TOYOTA MOTOR CREDIT CO | UNSECURED | 0.00 | * | 0.00 | |
| 0037 | WFNNB/TSA | UNSECURED | 0.00 | * | 0.00 | |

**Total Paid:  $1,657.50**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 14, 2022.

Receipts: $1,800.00    -    Paid to Claims: $0.00    -    Admin Costs Paid: $1,657.50    =    Funds on Hand: $142.50

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.