**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Fernando L. Sanchez | Social Security number or ITIN   xxx−xx−4120 |
| | First Name   Middle Name   Last Name | EIN   _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Maribel Alicea | Social Security number or ITIN   xxx−xx−4368 |
| | First Name   Middle Name   Last Name | EIN   _ _−_ _ _ _ _ _ _ |

United States Bankruptcy Court   District of New Jersey

Case number:   21−10026−JKS

## Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Fernando L. Sanchez

Maribel Alicea

5/13/26

**By the court:** John K. Sherwood
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W                    **Chapter 13 Discharge**                    page 2

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 21-10026-JKS |
| Fernando L. Sanchez | Chapter 13 |
| Maribel Alicea | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: May 13, 2026 | Form ID: 3180W | Total Noticed: 42 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 15, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Fernando L. Sanchez, Maribel Alicea, 1012 75th Street, North Bergen, NJ 07047-4836 |
| 519064947 | + | Amerifinancial Solutio, Po Box 602570, Charlotte, NC 28260-2570 |
| 519064959 | #+ | Envision Physisician Services, 3 Century Drive, Parsippany, NJ 07054-4610 |
| 519064963 | + | George McQuilkin, MD, 129 Washington Street, Hoboken, NJ 07030-4657 |
| 519064964 | + | Hackensack UMC Palisades, PO Box 31015, Newark, NJ 07101-0130 |
| 519064965 | + | Hoboken University Medical Center, 2 Brighton Road, Clifton, NJ 07012-1663 |
| 519064968 | + | Hudson Anesthesiology Services, LLC, PO Box 51020, Newark, NJ 07101-5120 |
| 519064969 | + | Hudson County Superior Court, Brennan Court House, 583 Newark Avenue, Floor 1, Jersey City, NJ 07306-2301 |
| 519064972 | + | NJ Medical and Health Associates, DBA Carepoint Medical Group, PO Box 824276, Philadelphia, PA 19182-4276 |
| 519064974 | + | Palisade Medical Center, ATTN: Certified Credit & Collection Bure, PO Box 336, Raritan, NJ 08869-0336 |
| 519064975 | + | Palisades Emergency Consult, ATTN; Michael Harrison Attorney at Law, 3155 State Route 10, Suite 214, Denville, NJ 07834-3430 |
| 519064976 | + | Palisades Medical Center, PO Box 31015, Newark, NJ 07101-0130 |
| 519202377 | + | Palisades Medical Center, CCCB, PO Box 1750, Whitehouse Station, NJ 08889-1750 |
| 519064977 | + | RAB Inc., PO Box 34111, Memphis, TN 38184-0111 |
| 519064978 | + | RTR Financial Services, Inc., 2 Teleport Drive, Suite 302, Staten Island, NY 10311-1004 |
| 519064981 | + | State Of Nj Highed Ed, 4 Quakerbridge Plaza, Trenton, NJ 08619-1241 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 13 2026 20:58:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 13 2026 20:58:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519064967 | | Email/Text: ebnbankruptcy@ahm.honda.com | May 13 2026 20:58:00 | Honda Financial Services, PO Box 166469, Irving, TX 75016 |
| 519064948 | + | EDI: WFNNB.COM | May 14 2026 00:42:00 | Ashleystewar, Wfnnb, Po Box 182686, Columbus, OH 43218-2686 |
| 519064949 | + | Email/Text: BANKRUPTCY@ASSETACCEPTANCE.COM | May 13 2026 20:58:00 | Asset Acceptance Llc, Po Box 1630, Warren, MI 48090-1630 |
| 519064952 | | EDI: BANKAMER | May 14 2026 00:42:00 | Bank Of America, Po Box 982235, El Paso, TX 79998 |
| 519064950 | | EDI: BANKAMER | May 14 2026 00:42:00 | Bank Of America, Attention: Recovery |

District/off: 0312-2 | User: admin | Page 2 of 3
Date Rcvd: May 13, 2026 | Form ID: 3180W | Total Noticed: 42

| Recip ID | | Notice Method | Time | Name and Address |
|---|---|---|---|---|
| | | | | Department, 4161 Peidmont Pkwy., Greensboro, NC 27410 |
| 519064953 | | Email/Text: LegalElectronicBankruptcyNotices@envisionhealth.com | May 13 2026 20:58:00 | Barron Emergency Physicians, PO Box 7418, Philadelphia, PA 19101-7418 |
| 519082399 | | Email/PDF: resurgentbknotifications@resurgent.com | May 13 2026 21:10:11 | CACH, LLC, c/o Resurgent Capital Services, PO BOX 10587, Greenville, SC 29603-0587 |
| 519064956 | | EDI: CITICORP | May 14 2026 00:42:00 | Citibank Usa, Citicorp Credit Services/Attn: Centraliz, Po Box 20507, Kansas City, MO 64195 |
| 519064954 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 13 2026 21:10:27 | Cach Llc/Square Two Financial, Attention: Bankruptcy, 4340 South Monaco St. 2nd Floor, Denver, CO 80237-3485 |
| 519064955 | + | Email/Text: bankruptcy@certifiedcollection.com | May 13 2026 20:58:00 | Certified Credit & Collection Bureau, PO Box 336, Raritan, NJ 08869-0336 |
| 519064957 | + | Email/Text: mediamanagers@clientservices.com | May 13 2026 20:57:00 | Client Services, 3451 Harry S Truman Blvd, Saint Charles, MO 63301-9816 |
| 519064960 | + | Email/Text: ecourts.col_efilings@fskslaw.com | May 13 2026 20:57:00 | Fein,Such, Kahn & Shepard, 7 Century Drive, Parsippany, NJ 07054-4609 |
| 519064961 | + | EDI: SYNC | May 14 2026 00:42:00 | GEMB / HH Gregg, Attention: Bankruptcy, Po Box 103104, Roswell, GA 30076-9104 |
| 519064962 | + | EDI: SYNC | May 14 2026 00:42:00 | Gemb/home Design, Attn: bankruptcy, Po Box 103104, Roswell, GA 30076-9104 |
| 519064966 | | EDI: CITICORP | May 14 2026 00:42:00 | Home Depot Credit Services, PO Box 6029, The Lakes, NV 88901 |
| 519131778 | + | Email/Text: bankruptcydpt@mcmcg.com | May 13 2026 20:58:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 519137836 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | May 13 2026 20:58:00 | Mill City Mortgage Loan Trust 2017-3, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 519064973 | + | Email/Text: bcwrtoff@cablevision.com | May 13 2026 20:58:00 | Optimum, PO Box 371897, Pittsburgh, PA 15250-7897 |
| 519064971 | | Email/Text: signed.order@pfwattorneys.com | May 13 2026 20:57:00 | Midland Funding LLC, Pressler, Felt, & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054 |
| 519064980 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | May 13 2026 20:58:00 | SPS, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 519064979 | + | EDI: CITICORP | May 14 2026 00:42:00 | Sears/cbna, Po Box 6282, Sioux Falls, SD 57117-6282 |
| 519064982 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | May 13 2026 20:57:00 | Toyota Motor Credit Co, Toyota Financial Services, Po Box 8026, Cedar Rapids, IA 52408-8026 |
| 519064987 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | May 13 2026 20:57:00 | Toyota Motor Credit Co, Toyota Financial Services, Po Box 8026, Cedar Rapid, IA 52408-8026 |
| 519064988 | + | EDI: WFNNB.COM | May 14 2026 00:42:00 | Wfnnb/tsa, Attention: Bankruptcy, Po Box 182685, Columbus, OH 43218-2685 |

TOTAL: 26

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519064951 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank Of America, Attention: Recovery Department, 4161 Peidmont Pkwy., Greensboro, NC 27410 |
| 519064958 | *+ | Client Services, 3451 Harry S Truman Blvd, Saint Charles, MO 63301-9816 |

District/off: 0312-2        User: admin        Page 3 of 3

Date Rcvd: May 13, 2026        Form ID: 3180W        Total Noticed: 42

| | | |
|---|---|---|
| 519064983 | *+ | Toyota Motor Credit Co, Toyota Financial Services, Po Box 8026, Cedar Rapids, IA 52408-8026 |
| 519064984 | *+ | Toyota Motor Credit Co, Toyota Financial Services, Po Box 8026, Cedar Rapids, IA 52408-8026 |
| 519064985 | *+ | Toyota Motor Credit Co, Toyota Financial Services, Po Box 8026, Cedar Rapids, IA 52408-8026 |
| 519064986 | *+ | Toyota Motor Credit Co, Toyota Financial Services, Po Box 8026, Cedar Rapids, IA 52408-8026 |
| 519064970 | ## | John A. Youderian, Jr., LLC, P.O. Box 1735, Hockessin, DE 19707-5735 |

TOTAL: 0 Undeliverable, 6 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 15, 2026        Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 13, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Marie-Ann Greenberg | on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor Mill City Mortgage Loan Trust 2017-3  U.S. Bank National Association as Indenture Trustee bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| Russell L. Low | on behalf of Joint Debtor Maribel Alicea ecf@lowbankruptcy.com  ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| Russell L. Low | on behalf of Debtor Fernando L. Sanchez ecf@lowbankruptcy.com  ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Vincent Alexander Aprile | on behalf of Creditor Mill City Mortgage Loan Trust 2017-3  U.S. Bank National Association as Indenture Trustee vaprile@raslg.com |

TOTAL: 7